IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:11CR174 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER RELEASING DEFENDANT FROM CUSTODY** |
| PEDRO TORRES., | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court pursuant to Defendant's Motion to Review Detention filed by Defendant. (Filing No. 79) Defendant is requesting he be released to participate in the NOVA treatment program. The motion is unopposed.

Upon consideration of the documents submitted, and the motion being unopposed, the Court hereby Orders:

1. The Unopposed Motion to Review Detention (Filing No. 79) is granted.

2. Defendant shall be released from U.S. Marshal's custody on Wednesday, May 20, 2020, no later than 8:30 a.m., from the Saunders County Jail to his attorney, Chad Primmer, who shall directly transport Defendant to NOVA Residential Treatment located at 8502 Mormon Bridge Road, Omaha, Nebraska, to reside there until successful completion of the program.

3. If the Defendant fails to remain at NOVA Residential Treatment Center, participate in such program and obey all the rules of NOVA, the Court shall be notified immediately so that a warrant may issue.

4. Defendant remains subject to all of the previously ordered conditions of his supervised release.

5. The United States Marshal Service is to provide Defendant with a 30-day supply of his current medications upon release from custody.

DATED this 15th day of May, 2020.

BY THE COURT:

*Susan M Bazis*
United States Magistrate Judge
The Honorable Susan M. Bazis